```
                                            FILED
                                         August 27, 2012
                                     CLERK, US DISTRICT COURT
                                     EASTERN DISTRICT OF
                                         CALIFORNIA
                                         DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> RYAN HERBERT SMITH, ) <br> ) <br> Defendant. ) | Case No. 2:12CR00300-JAM-1 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  RYAN HERBERT SMITH , Case No. 2:12CR00300-JAM-1 , Charge  18USC § 1341 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $_____

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        ✔ (Other)  Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  August 27, 2012  at  2:00 pm .

                                                   By   /s/ Gregory G. Hollows
                                                                Gregory G. Hollows
                                                                United States Magistrate Judge

Copy 5 - Court