```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RYAN H. SMITH
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:12-cr-0300-MCE |
| | ) |
| Plaintiff, | ) STIPULATION REGARDING |
| | ) EXCLUDABLE TIME PERIODS |
| v. | ) UNDER SPEEDY TRIAL ACT; |
| | ) FINDINGS AND ORDER |
| RYAN H. SMITH ET AL, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. The Court previously continued this matter to July 18, 2013 pursuant to a stipulation by the parties.

2. By this stipulation, defendants now move to continue the status conference until June September 5, 2013 and to exclude time between July 18, 2013 and September 5, 2013 under

1

Local Code T4.  Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. The government has produced over 7,000 pages of discovery to date, which includes FBI-302s, interview memoranda, the search warrants and affidavit, redacted transcripts of recorded conversations and telephone calls, business records from the Employment Development Department, and deposition transcripts from the prior civil case.  The government has also made available for inspection and copying at the FBI evidence seized pursuant to the search warrants and business records that were subpoenaed from various banks.  Finally, the government has made available for inspection and copying additional business records from the Employment Development Department.  These records are voluminous.

b. Counsel for defendants desire additional time to review and copy discovery for this matter and to conduct additional investigation.

c. Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of

justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f.   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 18, 2013 to September 5, 2013 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    5.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:    July 16, 2013.
                    /s/ Jared C. Dolan
                    JARED C. DOLAN
                    Assistant United States Attorney

DATED:    July 15, 2013
                    /s/ Michael Barrette
                    MICHAEL BARRETTE
                    Counsel for Defendant
                    Rajinder Dhillon II

DATED:    July 15, 2013
                              /s/ Shari Rusk
                              SHARI RUSK
                              Counsel for Defendant
                              Balwinder Khangura

DATED:    July 15, 2013
                              /s/John Manning
                              JOHN MANNING
                              Counsel for Ryan Smith


                         **O R D E R**

   Pursuant to the parties' stipulation, IT IS SO ORDERED. The status conference currently scheduled for July 18, 2013, is hereby vacated and **continued to September 5, 2013, at 9 a.m.** in Courtroom 7.  The time period between July 18, 2013, and September 5, 2013 is excluded under Local Code T4 for the reasons stated in the parties' stipulation.

Dated:  July 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT