JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RYAN H. SMITH

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-12-300-MCE |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER CONTINUING JUDGMENT SENTENCING |
| v. | ) ) ) | |
| RYAN H. SMITH, | ) ) | Date:  April 3, 2014 Time:  9:00 a.m. |
| Defendant. | ) ) ) ) | Judge: Morrison C. England |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for January 9, 2014. Counsel for the parties request the date for judgment and sentencing be continued to April 3, 2014 at 9:00 a.m. Counsel for Mr. Smith needs additional time to meet with Mr. Smith, review the PSR; discuss the findings and recommendations therein; and, research and draft informal objections as necessary. Assistant U.S. Attorney Jared Dolan and USPO Ronnie Preap have been advised of this request and have no objection. The parties requests the Court adopt the following schedule pertaining to the presentence report:

**Judgment and Sentencing date:**                                  **4/3/14**

Reply, or Statement of Non-Opposition:                              3/27/14

1

| | |
|---|---|
| Motion for Correction of the Presentence Report<br>Shall be filed with the Court and served on the<br>Probation Officer and opposing counsel no later than: | 3/20/14 |
| The Presentence Report shall be filed with the Court<br>And disclosed to counsel no later than: | 3/13/14 |
| Counsel's written objections to the Presentence Report<br>Shall be delivered to the probation officer and opposing<br>Counsel no later than: | 3/6/14 |
| The Presentence Report shall be filed with the Court<br>And disclosed to counsel no later than: | 2/20/14 |

   IT IS SO STIPULATED.

Dated: November 25, 2013               /s/  John R. Manning
                                       JOHN R. MANNING
                                       Attorney for Defendant
                                       Ryan H. Smith


Dated: November 27, 2013               Benjamin B. Wagner
                                       United States Attorney

                                by:    /s/ Jared C. Dolan
                                       JARED C. DOLAN
                                       Assistant U.S. Attorney

**ORDER**

   IT IS SO ORDERED.

Dated:  December 3, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT