JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RYAN H. SMITH

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RYAN H. SMITH,<br><br>　　　　Defendant. | No. CR-S-12-300-MCE<br><br>STIPULATION AND<br>ORDER CONTINUING JUDGMENT<br>SENTENCING<br><br>Date:　October 2, 2014<br>Time:　9:00 a.m.<br>Judge: Morrison C. England |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for August 21, 2014. Counsel for the parties request the date for judgment and sentencing be continued to October 2, 2014 at 9:00 a.m. Counsel for Mr. Smith needs additional time to meet with Mr. Smith, review the PSR; discuss the findings and recommendations therein; and, research and draft informal objections as necessary. Assistant U.S. Attorney Jared Dolan and USPO Ronnie Preap have been advised of this request and have no objection. The parties requests the Court adopt the following schedule pertaining to the presentence report:

**Judgment and Sentencing date:**　　　　　　　　　　**10/2/14**

Reply, or Statement of Non-Opposition:　　　　　　　9/25/14

1

| | |
|---|---|
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 9/18/14 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 9/11/14 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 9/4/14 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 8/21/14 |

IT IS SO STIPULATED.

Dated: July 22, 2014                                  /s/  John R. Manning
                                                     JOHN R. MANNING
                                                     Attorney for Defendant
                                                     Ryan H. Smith


Dated: July 23, 2014                                 Benjamin B. Wagner
                                                     United States Attorney

                                              by:    /s/ Jared C. Dolan
                                                     JARED C. DOLAN
                                                     Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: July 25, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT