JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RYAN H. SMITH

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00300-MCE-1 |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING JUDGMENT SENTENCING |
| v. | |
| RYAN H. SMITH, | Date:  November 12, 2014<br>Time:  9:00 a.m.<br>Judge: Morrison C. England |
| Defendant. | |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for October 30, 2014. Counsel for the parties request the date for judgment and sentencing be continued to November 12, 2014 at 9:00 a.m. Counsel for Mr. Smith needs additional time to meet with Mr. Smith, review the PSR; and, discuss the findings and recommendations therein. Assistant U.S. Attorney Jared Dolan and USPO Ronnie Preap have been advised of this request and have no objection. The parties requests the Court adopt the following schedule pertaining to the presentence report:

   **Judgment and Sentencing date:**                                              **11/12/14**

   Reply, or Statement of Non-Opposition:                                           n/a

| | | |
|---|---|---|
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | | n/a |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | | n/a |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | | n/a |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | | n/a |

IT IS SO STIPULATED.

Dated: October 28, 2014          /s/ John R. Manning
                                 JOHN R. MANNING
                                 Attorney for Defendant
                                 Ryan H. Smith

Dated: October 28, 2014          Benjamin B. Wagner
                                 United States Attorney

                          by:    /s/ Jared Dolan
                                 JARED C. DOLAN
                                 Assistant U.S. Attorney

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: October 29, 2014

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT