UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Morrison C. England, Jr.<br>Senior United States District Judge<br>Sacramento, California | RE:  Ryan Herbert SMITH<br>       Docket Number:  0972 2:12CR00300-001<br>       <u>Response to Early Termination Request</u> |

Your Honor:

On November 12, 2014, the above-named was placed on Probation for a period of 3 years after pleading guilty to 18 USC 1341 – Mail Fraud (Class C Felony).

As part of his Probation, Mr. Smith was ordered to pay restitution in the amount of $79,364.44. As of this date, Mr. Smith has failed to pay off his restitution, and owes a remaining balance of $78,314.44. Mr. Smith has made infrequent payments amounting to $1,050.00. The undersigned officer has confirmed that Mr. Smith suffers from physical and mental health issues, which make it difficult for the offender to work. The Financial Litigation Unit has been contacted to establish whether Mr. Smith's assets can be used to resolve his restitution.

The undersigned officer also has concerns about Mr. Smith's continued association with a known felon, Michael Miroyan. Mr. Smith has entered into a business contract with Miroyan to coordinate the refinancing of a property located in Hawaii. Mr. Smith attests that when the money is received from bankruptcy court, he will be paid a large debt from Miroyan. Should the offender receive assets from any settlements, a reasonable amount should be applied to the outstanding restitution. The undersigned officer and Smith's previous supervising officer, Jose Figueroa, have continuously directed the offender to cease association with Miroyan. As of the writing of this report, Mr. Smith has willfully refused to cease contact with this associate. A violation report will be submitted to the court detailing this unapproved association.

Due to the ongoing issues regarding Mr. Smith's inability to pay restitution and continued unauthorized association, the undersigned officer is opposed to early termination at this time.

RE:     **Ryan Herbert SMITH**
        **Docket Number:  0972 2:12CR00300-001**
        **Response to Early Termination Request**

                              Respectfully submitted,

                              /s/ Molly R. McSorley

                              Molly R. McSorley
                              United States Probation Officer

Dated:  September 30, 2016
        Modesto, California

                              /s/ Brenda Barron-Harrell

**REVIEWED BY:**     **Brenda Barron-Harrell**
                    **Supervising United States Probation Officer**

cc:     Jared Chase Dolan
        Assistant United States Attorney

        John Richard Manning
        Defense Counsel

```
        APPROVED.
```

Date: October 4, 2016

                                              MORRISON C. ENGLAND, JR
                                              UNITED STATES DISTRICT JUDGE