1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              No. 2:12-CR-00300-MCE

12                    Plaintiff,

13        v.                                 **ORDER**

14   RYAN HERBERT SMITH,

15                    Defendant.

16

17        The Court is in receipt of Defendant's Motion for Early Termination of Probation

18   (ECF No. 188) and the response filed by the Probation Office (ECF No. 191). That

19   Motion is hereby DENIED.

20        IT IS SO ORDERED.

21   Dated: February 23, 2017

22

23                                           MORRISON C. ENGLAND, JR
                                             UNITED STATES DISTRICT JUDGE

24

25

26

27

28

1